UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BEVERLY AHNERT, individually and as Executrix
of the Estate of DANIEL AHNERT, Deceased,

      Plaintiff,

v.

                                      Case No. 2:10-cv-156-pp

EMPLOYERS INSURANCE COMPANY OF WAUSAU,
SPRINKMANN SONS CORPORATION,
WISCONSIN ELECTRIC POWER COMPANY,
and PABST BREWING COMPANY

      Defendants.

---

BEVERLY AHNERT, individually and as Executrix
of the Estate of DANIEL AHNERT, Deceased,

      Plaintiff,

v.

                                      Case No. 2:13-cv-1456-cnc

EMPLOYERS INSURANCE COMPANY OF WAUSAU,
PABST BREWING COMPANY,
SPRINKMANN SONS CORPORATION, and
WISCONSIN ELECTRIC POWER COMPANY,

      Defendants.

---

**ORDER APPROVING STIPULATIONS OF DISMISSAL (DKT. NOS. 162, 163)
AND DISMISSING CASE**

---

On June 5, 2018, the parties filed a stipulation of dismissal as to defendant Pabst Brewing Company. Dkt. No. 162. On November 15, 2018, the parties filed a stipulation of dismissal as to defendants Employers Insurance

Company of Wausau, Sprinkmann Sons Corporation, and Wisconsin Electric Power Company. Dkt. No. 163. The court **APPROVES** the stipulations and **ORDERS** that all counts, claims, and causes of action against all defendants are **DISMISSED with prejudice** according to the terms of the releases and settlement agreements between the parties. The parties are to bear their own costs.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**